# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JOHNELL MOSELEY and CONSTANCE MOSELEY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MATTHEW THORNTON and )<br>JIT-EX, LLC, )<br>)<br>Defendants. ) | No. 2:25-cv-02580-SHL-tmp;<br>No. 2:25-cv-02582-SHL-cgc |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiffs Johnell and Constance Moseley's Unopposed Motion and Memorandum for Extension of Time to File Memorandum Addressing Venue, filed September 26, 2025. (ECF No. 31.) In the Motion, Plaintiffs' counsel seeks a two-week extension of the deadline to file a memorandum addressing venue, currently due on October 3. (Id. at PageID 108.) Defendants Matthew Thornton and Jit-Ex, LLC, do not oppose the Motion. (Id. at PageID 114.)

Plaintiffs' counsel asserts that, "[d]ue to obligations of other counsel," the task of writing the memorandum has fallen on E. Patrick Lancaster, who, though working diligently, has not completed the task. (Id. at PageID 107–08.) At the same time, Lancaster is scheduled for surgery on Monday, September 29, from which his surgeon predicts a five-day recovery. (Id. at PageID 108.) He plans to return to the office the following Monday, October 6, at the earliest. (Id.) Plaintiff's counsel avers that the delay does not affect the scheduling order. (Id.)

For good cause shown, the Motion is **GRANTED**. The Parties must submit their memoranda addressing venue by **Friday, October 17, 2025**.

**IT IS SO ORDERED,** this 26th day of September, 2025.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                CHIEF UNITED STATES DISTRICT JUDGE